IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MIKE CIAMARICONE                                                                                PLAINTIFF

v.                                          1:08CV00036JMM/HLJ

BRET WARD, et al.                                                                              DEFENDANTS

## ORDER

Plaintiff's motion to voluntarily dismiss his action against defendants, without prejudice (DE #7), is hereby GRANTED.  All other pending motions are hereby DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 23rd day of July, 2008.

_____
United States District Judge