IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MIKE CIAMARICONE                                                                                    PLAINTIFF

v.                                              1:08CV00036JMM/HLJ

BRET WARD, et al.                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of July, 2008.

_____
United States District Judge

1